# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNI–SPLENDOR CORP.<br><br>Plaintiff(s),<br><br>v.<br><br>REMINGTON DESIGNS, LLC<br><br>Defendant(s). | CASE NUMBER:<br><br>2:16–cv–09316–PA–SS<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   9/8/2017

Document Number(s):   82

Title of Document(s):   Notice of Motion & Motion for Leave to File 2nd Amended Complaint, etc.

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or not timely.

Other:

hearing date is untimely

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: September 8, 2017          By:  /s/ *Margo Mead  margo_mead@cacd.uscourts.gov*
                                      Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*