**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNI-SPLENDOR CORP., | No. CV 16-9316 PA (SSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| REMINGTON DESIGNS, LLC, | |
| Defendant. | |
| REMINGTON DESIGNS, LLC, | |
| Counterclaimant, | |
| v. | |
| UNI-SPLENDOR CORP., | |
| Counterdefendant. | |

In accordance with the Court's July 27, 2017, October 25, 2017, and November 7, 2017 Minute Orders, it is ORDERED, ADJUDGED, and DECREED that:

1. Judgment is entered against defendant Remington Designs, LLC ("Remington") and in favor of plaintiff Uni-Splendor Corp. ("Uni-Splendor") in the amount of $20,744,484.23; and

. . . .

2. Judgment is entered in favor of Uni-Splendor and against Remington on Remington's Counterclaim; and

3. Uni-Splendor is entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a); and

4. Uni-Splendor shall have its costs of suit.

DATED: November 7, 2017

                                      Percy Anderson
                         UNITED STATES DISTRICT JUDGE