UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNI-SPLENDOR CORP., | No. CV 16-9316 PA (SSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| REMINGTON DESIGNS, LLC, | |
| Defendant. | |
| REMINGTON DESIGNS, LLC, | |
| Counterclaimant, | |
| v. | |
| UNI-SPLENDOR CORP., | |
| Counterdefendant. | |

In accordance with the Court's July 27, 2017, October 25, 2017, November 7, 2017, and October 23, 2018 Minute Orders, it is ORDERED, ADJUDGED, and DECREED that:

1. Judgment is entered against defendants Remington Designs, LLC ("Remington") and Coffee Solutions, LLC ("Coffee Solutions") and in favor of plaintiff Uni-Splendor Corp. ("Uni-Splendor") in the amount of $20,744,484.23; and

. . . .

2. Judgment is entered in favor of Uni-Splendor and against Remington and Coffee Solutions on Remington's Counterclaim; and

3. The addition of Coffee Solutions to this Judgment is retroactive to November 7, 2017, that date the Judgment was entered in this Court; and

4. Uni-Splendor is entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a); and

5. Uni-Splendor shall have its costs of suit.

DATED: October 23, 2018

                                              Percy Anderson
                                      UNITED STATES DISTRICT JUDGE